STATE OF NEW JERSEY v. RONALD W. TELEPO.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC SALZMAN.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL T. ROBINSON.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ROBINSON.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL DUCA.

March 31, 1988.

Petition for certification denied.